February 9, 2007

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00193-SOM/BMK
**Appeal Number:** 04-17205
**Short Title:** Ellis v. Emery

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 0 5 2007
DISTRICT OF HAWAII

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 3 | | 0 Certified Copy(ies) | |
| **Reporters Transcripts in:** | 0 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# RECORD FORM

 

**PLEASE NOTE:** UNLESS YOU CORRECT THE DESCRIPTION BELOW, YOU ARE RESPONSIBLE FOR THE CONTENTS OF THE RECORD AS LISTED
WHETHER OR NOT YOU SIGN THIS FORM
*CONTACT THE RECORDS DEPARTMENT IMMEDIATELY IF ANY DISCREPANCIES

Case No. 4 - 17205

### RECORD RECEIVED IN STAFF ATTORNEY'S OFFICE

Date Received: _____

Assigned to: Nicholas Wellington

Volumes of CR: 3

Volumes of TR: _____

Exhibits/Other: _____

Signature: _____

### RECORD RETURNED BY STAFF ATTORNEY TO RECORDS UNIT

Date Returned: 8/15/05

Returned by: Nicholas Wellington

Volumes of CR: 3

Volumes of TR: —

Exhibits/Other: _____

Signature: _[signature]_

S:\research\forms\recrec.wpd