# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  April 18, 2005

To:   United States Court of Appeals     Attn:  (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                        ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-00193SOM-BMK    Appeal No:   04-17205

Short Title:  ELLIS vs. EMERY

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes  ( ) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____   Date: _____

cc: all named counsel

FILED
APR 27 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:   April 14, 2005

TO:   Clerk's Office
   USDC Hawaii (Honolulu)

FROM:   Steve Seferian, Supervisor

SUBJECT:   Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT

APR 1 4 2005

DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 04-17205 | Ellis v. Emery | CV-04-00193-SOM/BMK |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103